UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
OCT 2 5 2018
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| WILLIE SLATER, | ) ) ) |
| Defendants. | ) |

**4:18CR00897 JAR/NCC**

### INDICTMENT

### COUNT ONE

The Grand Jury further charges that:

Beginning on a date unknown to the grand jury, but including on or about September 5, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**WILLIE SLATER,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


JASON S. DUNKEL, #65886MO
Assistant United States Attorney